UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIA OKPALA,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>[ECF No. 16] |

　　　Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　On May 14, 2015, Defendant Okapla filed a motion to dismiss the complaint as a violation of the Court's January 29, 2015, screening order and as barred by the applicable statute of limitations. (ECF No. 16.)

　　　Plaintiff has not filed an opposition or statement of non-opposition to Defendant's motion, as required by Local Rule 230(*l*). Accordingly, within thirty (30) days from the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to Defendant's pending motion

///

///

1

to dismiss.  Failure to comply with this order will result in dismissal of the action for failure to comply with a court order.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **July 29, 2015**

UNITED STATES MAGISTRATE JUDGE