UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTONIA OKPALA,<br><br>   Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANT'S MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF Nos. 16, 25] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On November 3, 2015, the magistrate judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendation were to be filed within thirty days.  Defendant filed objections on November 5, 2015, and Plaintiff filed a response on November 16, 2015.  Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on November 3, 2015, is adopted in full; and
2. Defendant's motion to dismiss the second amended complaint is DENIED; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**January 4, 2016**__     ____/s/ Lawrence J. O'Neill____
                                                  UNITED STATES DISTRICT JUDGE