# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIA OKPALA,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT OKPALA TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN THIRTY DAYS<br><br>[ECF No. 28] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On January 4, 2016, Defendant's motion to dismiss was denied and the matter was referred back to the undersigned for further proceedings. (ECF No. 28.)

Defendant is hereby directed to file an answer to the second amended complaint within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 5, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1