UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONIA OKPALA,<br><br>        Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY DEADLINES<br><br>[ECF No. 32] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On January 19, 2016, Defendant filed an answer to the complaint. On January 27, 2016, the Court issued the discovery and scheduling opening discovery and set the dispositive motion deadline of December 5, 2016. (ECF No. 31.)

On January 28, 2016, Plaintiff filed a motion requesting a discovery deadline to be set. Inasmuch as the Court issued the discovery and scheduling order on January 27, 2016, Plaintiff's motion is moot. Further, as stated in the First Informational Order, issued June 17, 2014, once the Court opens discovery, the parties may initiate discovery without further approval by the Court, and all discovery requests, with the exception of motions to compel, shall be served only on the parties.

1

(ECF No. 3, Order at 3:19-24.)  Discovery documents that are inappropriately submitted to the Court will be stricken from the record.  (Id. at 3:23-24.)

Accordingly, Plaintiff's motion for the Court to issue a discovery deadline is DENIED as moot.

IT IS SO ORDERED.

Dated:   **January 29, 2016**

UNITED STATES MAGISTRATE JUDGE

2