UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIA OKPALA,<br><br>    Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 39 & 40] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 20, 2016, the Magistrate Judge filed Findings and Recommendations ("F&Rs"), recommending that Plaintiff's request for a restraining order should be denied. The F&Rs were served on the parties and contained notice that objections were to be filed within thirty days. More than thirty days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on May 20, 2016 is adopted in full; and
2. Plaintiff's motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated: **July 11, 2016**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE