UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>         Plaintiff,<br><br>    v.<br><br>ANTONIA OKPALA,<br><br>         Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S "OBJECTIONS"<br><br>[ECF No. 50] |

    Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000).

    On October 17, 2016, Plaintiff filed a document entitled "Objection." Plaintiff contends that he recently received a response to his request for interrogatories which were noted by defense counsel as untimely given the discovery cut-off deadline of September 27, 2016. To the extent Plaintiff objections to the discovery deadline, such objection is without foundation.

    Plaintiff is advised that pursuant to the Court's January 27, 2016, discovery and scheduling order, the deadline for completion of all discovery, including motions to compel was September 27, 2016. (ECF No. 31.) In addition, pursuant to the scheduling order, responses to written discovery requests are due forty-five (45) days after the request is first served, and such requests must be served

1

1  in advance of the discovery deadline to permit time for a response and any necessary time to prepare
2  and file a motion to compel. (Id.) To the extent Plaintiff challenges the Court's discovery deadline as
3  set forth in the Court's January 27, 2016, such objection is overruled. Otherwise, the record is
4  inadequate to rule on any other intended objection, therefore, Plaintiff's objection is overruled, without
5  prejudice.

7  IT IS SO ORDERED.

8  Dated:  **October 18, 2016**
9  UNITED STATES MAGISTRATE JUDGE