UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIA OKPALA,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET TRIAL DATE<br><br>[ECF No. 54] |

　　　Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　Currently before the Court is Plaintiff's motion entitled, "MOTION to suply [sic] informaahion [sic] Set dowen [sic] in proof of service," filed October 26, 2016. Plaintiff states that "there is an up coming tril [sic] plaintiffs [sic] is in despart [sic] need of trial date, time, dept: div: and room."

///

///

///

///

///

1

1    Plaintiff is advised that no trial date has been set or will be set unless and until any and all
2  dispositive motions are resolved in his favor.  Pursuant to the January 27, 2016, discovery and
3  scheduling order, the deadline to file dispositive motions does not expire until December 5, 2016.  On
4  July 28, 2016, Defendant filed a motion for an order declaring Plaintiff a vexatious litigant. (ECF No.
5  47.)  Accordingly, Plaintiff's motion to set a trial date is DENIED.

7  IT IS SO ORDERED.

8  Dated:    **October 28, 2016**
9                                                                                   UNITED STATES MAGISTRATE JUDGE