UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff,<br><br>      v.<br><br>ANTONIA OKPALA,<br><br>            Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO POST SECURITY WITHIN THIRTY DAYS<br><br>[ECF Nos. 47, 58] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On October 28, 2016, the Magistrate Judge filed a Findings and Recommendations recommending that Defendant's motion for an order requiring Plaintiff to post security be granted.  Local Rule 151(b).  The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty days.  The thirty day time frame has expired and no objections were filed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an order requiring Plaintiff to post security is GRANTED; and
2. Plaintiff shall furnish security in the amount of $14, 195.00 to the Court within thirty (30) days from the date of service of this order or this action will be dismissed.

IT IS SO ORDERED.

Dated: **December 8, 2016**        **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE