**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>          Plaintiff,<br><br>    v.<br><br>ANTONIA OKPALA,<br><br>          Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO THE DECEMBER 8, 2016, ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO POST SECURITY WITHIN THIRTY DAYS<br><br>[ECF No. 62] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's objections to the December 8, 2016, order adopting the Findings and Recommendations and directing Plaintiff to post security within thirty days.

///

///

///

///

///

///

1

1    In his objections, Plaintiff contends that he does not understand why he is required to post

2  security.  As stated in the Findings and Recommendations, adopted in full on December 8, 2016,

3  Plaintiff as a vexatious litigant is required to furnish security in order for this action to proceed, and

4  the current deadline for submitting such security is January 7, 2017.   Any objection to the Court's

5  December 8, 2016, order is overruled as Plaintiff fails to present a meritorious basis to challenge the

6  Court's order.  Accordingly, Plaintiff shall furnish security in the amount of $14, 195.00 on or before

7  the applicable deadline or the action will be dismissed.

8

9  IT IS SO ORDERED.

10    Dated:   __December 30, 2016__        _____/s/ Lawrence J. O'Neill_____

11                                  UNITED STATES CHIEF DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28