# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTONIA OKPALA,<br><br>   Defendant. | Case No.: 1:14-cv-00921-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER TO POST SECURITY, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>[ECF Nos. 59, 61] |

Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On December 8, 2016, the Court granted Defendants' motion for an order requiring Plaintiff to post security due to his vexatious status, and Plaintiff was directed to post security in the amount of $14, 195.00 within thirty days or the action would be dismissed. (ECF No. 61.) Over thirty days have passed and Plaintiff has failed to post security. Accordingly, it is HEREBY ORDERED that the instant action is dismissed, and Plaintiff's motion for summary judgment filed on November 14, 2016, is denied as moot.

IT IS SO ORDERED.

Dated: **January 27, 2017**        /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE

1